

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NOS. 02-13-00225-CV
### 02-13-00226-CV

IN THE INTEREST OF Z.S.H. AND
T.S.H., CHILDREN

------------

FROM THE 322ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeals. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeals shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED: October 31, 2013

---

[1]*See* Tex. R. App. P. 47.4.